# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00489-CV

### In re David Lightfoot Hernandez

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

After filing a petition for writ of mandamus, relator David Lightfoot Hernandez filed a motion to dismiss his petition informing this Court that he has obtained the requested relief, rendering his petition moot. Accordingly, we grant Hernandez's motion and dismiss the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Filed:   August 28, 2012